1  CHRISTOPHER A. NEDEAU (CA SBN 81297)
   CARL L. BLUMENSTEIN (CA SBN 124158)
2  NOSSAMAN LLP
   50 California Street, 34th Floor
3  San Francisco, CA 94111
   Telephone: 415.398.3600
4  Facsimile: 415.398.2438
5
   Attorneys for defendants AU OPTRONICS CORPORATION
6  and AU OPTRONICS CORPORATION AMERICA
   and Co-Liaison Counsel for Defendants
7
8
9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11

| 12 | ELECTROGRAPH SYSTEMS, INC. AND; ELECTROGRAPH TECHNOLOGIES CORPORATION, | CASE NO. C-10-0117-SI |
|---|---|---|
| 13 | | **MDL NO. 1827** |
| 14 | Plaintiffs, | |
| 15 | vs. | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| 16 | | |
| 17 | EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY, LTD.; SANYO CONSUMER ELECTRONICS, LTD., LG DISPLAY CO., LTD.; LG DISPLAY AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SEMICONDUCTOR, INC.; AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA; CHI MEI CORPORATION; CHI MEI OPTOELECTRONICS CORPORATION; CMO JAPAN CO., LTD.; CHI MEI OPTOELECTRONICS USA, INC.; NEXGEN MEDIATECH, INC.; | |

| | |
|---|---|
| 1 | NEXGEN MEDIATECH USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; TATUNG COMPANY OF AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; MITSUI & CO. (TAIWAN), LTD., |
| | Defendants. |

Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp. (jointly, "Electrograph"), by and through their undersigned counsel, hereby stipulate and agree that all defendants named in this action may have a further extension, up to and including March 15, 2010, to respond to the complaint herein.

Defendants' co-liaison counsel also agree and so stipulate to that extension, on behalf of defendants AU Optronics Corporation; AU Optronics Corporation America, Inc; Chi Mei Corporation; Chi Mei Optoelectronics Corporation; Chi Mei Optoelectronics USA, Inc.; CMO Japan Co. Ltd.; Nexgen Mediatech, Inc.; Nexgen Mediatech USA, Inc.; Hannstar Display Corporation; LG Display Co., Ltd.; LG Display America, Inc.; Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Electronics America, Inc.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba America Electronics Components, Inc.; Toshiba Mobile Display Co., Ltd.; Toshiba America Information Systems, Inc.; Epson Imaging Devices Corporation; Epson Electronics America, Inc.; Hitachi Ltd.; Hitachi Displays Ltd.; and Hitachi Electronic Devices (USA), Inc. (collectively, "Defendants").

Defendants and Electrograph further and jointly respectfully request that the Court enter this stipulation as an order.

Dated: March 1, 2010

*Counsel for:*
*Plaintiffs Electrograph Systems, Inc., and*
*Electrograph Technologies, Corp.*

By: _____
Phil Iovieno (pro hac vice)
Ryan T. McAllister
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
(518) 434-0600 (phone)
(518) 434-0665 (facsimile)

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Agreed on behalf of Defendants.

Dated: February 26, 2010

*Counsel for:*
*AU Optronics Corporation, and*
*AU Optronics Corporation America*

*Co-Liaison Counsel for all Defendants*

By: _____
Christopher A. Nedeau
Carl L. Blumenstein
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2424 (Facsimile)


SO ORDERED:

_____
Honorable Susan Illston


_____
Date Entered