1  William A. Isaacson (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
2  5301 Wisconsin Ave. NW, Suite 800
   Washington, D.C. 20015
3  Telephone: (202) 237-2727
   Facsimile: (202) 237-6131
4  Email: wisaacson@bsfllp.com

5  Philip J. Iovieno (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
6  10 North Pearl Street, 4th Floor
   Albany, NY 12207
7  Telephone: (518) 434-0600
   Facsimile: (518) 434-0665
8  Email: piovieno@bsfllp.com

9  Counsel for Plaintiffs
   ELECTROGRAPH SYSTEMS, INC. and
10 ELECTROGRAPH TECHNOLOGIES CORP.

11 [Additional Counsel on Signature Line]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.) Case No. 3:10-cv-00117-SI (N.D. Cal.) MDL No. 1827 |
| This Document Relates To Individual Case No. 3:10-cv-00117-SI (N.D. Cal.) ELECTROGRAPH SYSTEMS, INC.; ELECTROGRAPH TECHNOLOGIES CORP., Plaintiffs, vs. EPSON IMAGING DEVICES CORPORATION, et al., Defendants. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

1 | Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. (collectively, "Electrograph"), and Defendant Sanyo Consumer Electronics Co., Ltd. ("Sanyo CE"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Electrograph and Sanyo CE seek the dismissal of this action with prejudice.

2. This stipulation does not affect the rights or claims of Electrograph against any other defendant or alleged co-conspirator in this litigation.

3. Each party shall bear its own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

**IT IS SO STIPULATED.**

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER - 2 -  Case No. 3:10-cv-00117-SI
Master File No. 3:07-md-01827-SI

Respectfully submitted,

DATED: March 11, 2011
     /s/ William A. Isaacson
William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

Laura J. McKay (SBN 230049)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
Email: lmckay@bsfllp.com

*Counsel for Plaintiffs*
*Electrograph Systems, Inc. and*
*Electrograph Technologies Corp.*

     /s/ Allison A. Davis
Allison A. Davis
Salle E. Yoo
Sam N. Dawood
DAVIS WRIGHT TREMAINE LLP
500 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
allisondavis@dwt.com
salleyoo@dwt.com
samdawood@dwt.com

Nick S. Verwolf, Esq.
DAVIS WRIGHT TREMAINE LLP
777 108th Avenue N.E., Suite 2300
Bellevue, WA 98004-5149
Telephone: (425) 646-6100
Facsimile: (425) 646-6199
Email: nickverwolf@dwt.com

*Counsel for Defendant*
*Sanyo Consumer Electronics Co., Ltd.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Allison A. Davis.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/11/11

_____
Hon. Susan Y. Illston
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on March 11, 2011.

Dated: March 11, 2011                    /s/ William A. Isaacson
                                         William A. Isaacson

*Counsel for Plaintiffs
Electrograph Systems, Inc. and
Electrograph Technologies Corp.*