William A. Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

Counsel for Plaintiffs
ELECTROGRAPH SYSTEMS, INC. and
ELECTROGRAPH TECHNOLOGIES CORP.

[Additional Counsel on Signature Line]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.)<br>Case No. 3:10-cv-00117-SI (N.D. Cal.)<br>MDL No. 1827 |
| This Document Relates To Individual Case No. 3:10-cv-00117-SI (N.D. Cal.)<br><br>ELECTROGRAPH SYSTEMS, INC.; ELECTROGRAPH TECHNOLOGIES CORP.,<br><br>    Plaintiffs,<br><br> vs.<br><br>EPSON IMAGING DEVICES CORPORATION, et al.,<br><br>    Defendants. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. (collectively, "Electrograph"), and Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), CMO Japan Co., Ltd., Chi Mei Optoelectronics USA, Inc., Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc. (collectively, "Chi Mei"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Electrograph and Chi Mei seek the dismissal of this action with prejudice.

2. This stipulation does not affect the rights or claims of Electrograph against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: June 14, 2011          BOIES, SCHILLER & FLEXNER LLP

By: /s/ Philip J. Iovieno

William A. Isaacson
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com

Philip J. Iovieno
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

*Attorneys for Plaintiffs*
*Electrograph Systems, Inc. and*
*Electrograph Technologies Corp*

| | | |
|---|---|---|
| 1 | DATED: June 14, 2011 | DAVIS POLK & WARDWELL LLP |
| 2 | | |
| 3 | | By: /s/ Neal A. Potischman |

                                        Christopher B. Hockett (SBN 121539)
Neal A. Potischman (SBN 254862)
Sandra West (SBN 250389)
Samantha H. Knox (SBN 254427)
Micah G. Block (SBN 270712)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Attorneys for Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), CMO Japan Co., Ltd., Chi Mei Optoelectronics USA, Inc., Nexgen Mediatech, Inc. and Nexgen Mediatech USA, Inc*

       Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Neal A. Potischman.

---

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER     - 3 -     Case No. 3:10-cv-00117-SI
Master File No. 3:07-md-01827-SI

1  William A. Isaacson (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
2  5301 Wisconsin Ave. NW, Suite 800
   Washington, D.C. 20015
3  Telephone: (202) 237-2727
   Facsimile: (202) 237-6131
4  Email: wisaacson@bsfllp.com

5  Philip J. Iovieno (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
6  10 North Pearl Street, 4th Floor
   Albany, NY 12207
7  Telephone: (518) 434-0600
   Facsimile: (518) 434-0665
8  Email: piovieno@bsfllp.com

9  Counsel for Plaintiffs
   ELECTROGRAPH SYSTEMS, INC. and
10 ELECTROGRAPH TECHNOLOGIES CORP.

11 [Additional Counsel on Signature Line]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-01827-SI (N.D. Cal.)<br>Case No. 3:10-cv-00117-SI (N.D. Cal.)<br>MDL No. 1827 |
| This Document Relates To Individual Case No. 3:10-cv-00117-SI (N.D. Cal.)<br><br>ELECTROGRAPH SYSTEMS, INC.;<br>ELECTROGRAPH TECHNOLOGIES CORP.,<br><br>    Plaintiffs,<br><br>vs.<br><br>EPSON IMAGING DEVICES CORPORATION, et al.,<br><br>    Defendants. | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. The action filed by Electrograph Systems, Inc. and Electrograph Technologies Corp. is dismissed with prejudice as against Defendants Chi Mei Corporation, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), CMO Japan Co., Ltd., Chi Mei Optoelectronics USA, Inc., Nexgen Mediatech, Inc., and Nexgen Mediatech USA, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 6/20/11

_____
Hon. Susan Y. Illston
United States District Judge.

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on June 14, 2011

Dated: June 14, 2011 /s/ Philip J. Iovieno
Philip J. Iovieno

*Attorney for Plaintiffs
Electrograph Systems, Inc. and
Electrograph Technologies Corp.*