Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
peyre@bakerlaw.com
evargo@bakerlaw.com
mmumford@bakerlaw.com

Tracy Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210
Facsimile: (212) 589-4201
tcole@bakerlaw.com

Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. 3:10-cv-00117-SI<br><br>ELECTROGRAPH SYSTEMS, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EPSON IMAGING DEVICES CORP., et al.,<br><br>    Defendants. | Case No. 3:10-cv-00117-SI<br><br>Master File No. 3:07-md-1827-SI<br><br>MDL No. 1827<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE TO AUGUST 26, 2011 FOR MITSUI TAIWAN'S MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR DISMISSAL** |

| | |
|---|---|
| 1 | Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. (collectively, "Electrograph") and Defendant Mitsui & Co (Taiwan), Ltd. ("Mitsui Taiwan"), through the undersigned counsel, request that the Court enter the following order continuing the hearing date for Mitsui Taiwan's Motion for Judgment on the Pleadings and for Dismissal from August 5, 2011 to August 26, 2011. |

Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. (collectively, "Electrograph") and Defendant Mitsui & Co (Taiwan), Ltd. ("Mitsui Taiwan"), through the undersigned counsel, request that the Court enter the following order continuing the hearing date for Mitsui Taiwan's Motion for Judgment on the Pleadings and for Dismissal from August 5, 2011 to August 26, 2011.

WHEREAS, Mitsui Taiwan filed a Motion for Judgment on the Pleadings and for Dismissal ("Motion") on June 9, 2011 (MDL Dkt #2892);

WHEREAS, counsel for Mitsui Taiwan has developed a scheduling conflict with the current hearing date for the Motion, August 5, 2011;

WHEREAS, Electrograph has not yet opposed or otherwise responded to the Motion.

WHEREAS, the parties have filed a stipulation and proposed order with the Court providing that Electrograph may have until July 8, 2011 to oppose or otherwise respond to the Motion and Mitsui may have until July 29, 2011 to reply in support of the Motion (MDL Dkt #2945);

WHEREAS, counsel for the parties have conferred regarding the hearing date, and Electrograph has no objection to moving the hearing date for the Motion to the next available regular hearing date on which counsel for Electrograph is available, August 26, 2011.

THEREFORE, Electrograph and Mitsui, by the undersigned counsel, hereby stipulate and agree to continue the hearing date for the Motion to August 26, 2011 at 9:00 a.m.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:  June 23, 2011 | Respectfully submitted, |
| 2 | | BAKER & HOSTETLER LLP |
| 3 | | By:  /s/ Michael E. Mumford |
| 4 | | Paul P. Eyre |
| 5 | | Ernest E. Vargo<br>Michael E. Mumford |
| 6 | | PNC Center<br>1900 East Ninth Street, Suite 3200 |
| 7 | | Cleveland, OH 44114-3482<br>Telephone: (216) 621-0200 |
| 8 | | Facsimile:  (216) 696-0740<br>peyre@bakerlaw.com |
| 9 | | evargo@bakerlaw.com<br>mmumford@bakerlaw.com |
| 10 | | Tracy Cole |
| 11 | | 45 Rockefeller Plaza, 11th Floor<br>New York, NY 10111 |
| 12 | | Telephone: (212) 589-4200<br>Facsimile:  (212) 589-4201 |
| 13 | | tcole@bakerlaw.com |
| 14 | | Attorneys for Defendant<br>Mitsui & Co. (Taiwan), Ltd. |
| 15 | | |
| 16 | | BOIES, SCHILLER & FLEXNER LLP |
| 17 | | By:  /s/ Philip J. Iovieno |
| 18 | | William A. Isaacson<br>5301 Wisconsin Ave. NW, Suite 800 |
| 19 | | Washington, D.C.  20015<br>Telephone:  (202) 237-2727 |
| 20 | | Facsimile:   (202) 237-6131<br>wisaacson@bsfllp.com |
| 21 | | Philip J. Iovieno |
| 22 | | 10 North Pearl Street, 4th Floor<br>Albany, NY  12207 |
| 23 | | Telephone:  (518) 434-0600<br>Facsimile:   (518) 434-0665 |
| 24 | | piovieno@bsfllp.com |
| 25 | | *Attorneys for Plaintiffs*<br>*Electrograph Systems, Inc. and* |
| 26 | | *Electrograph Technologies Corp.* |
| 27 | | |
| 28 | | |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the stipulating defendant.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 6/24/11

_____
Hon. Susan Y. Illston
United States District Judge