KENT M. ROGER, State Bar No. 95987
HERMAN J. HOYING, State Bar No. 257495
JENNIFER L. CALVERT, State Bar No. 258018
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
hhoying@morganlewis.com
jennifer.calvert@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

**[Additional defendants and counsel
listed on signature pages]**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. M 3:07-md-1827 SI; MDL 1827<br>Individual Case No. 3:10-cv-0117 SI |
| This Document Relates To Individual Case No.: 3:10-cv-0117 SI<br><br>ELECTROGRAPH SYSTEMS, INC.;<br>ELECTROGRAPH TECHNOLOGIES, CORP.<br><br>                          Plaintiffs,<br><br>      v.<br><br>EPSON IMAGING DEVICES CORPORATION, et al.<br><br>                          Defendants. | **STIPULATION AND [P~~ROPOSED~~]<br>ORDER REGARDING ANSWERS TO<br>AMENDED COMPLAINT**<br><br>**Honorable Susan Illston** |

WHEREAS, plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp. ("Electrograph") filed the above captioned lawsuit on November 6, 2009 ("Complaint");

1 | WHEREAS, defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices
2 | (USA), Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc., Sharp
3 | Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronic
4 | Components, Inc., Toshiba America Information Systems, Inc., Toshiba Mobile Display Co.,
5 | Ltd., LG Display Co., Ltd., LG Display America, Inc., AU Optronics Corporation, AU Optronics
6 | Corporation America, Samsung Electronics Company, Ltd., Samsung Semiconductor, Inc.,
7 | Samsung Electronics America, Inc. and HannStar Display Corporation ("Stipulating Defendants")
8 | filed answers to the Complaint on March 15, 2010;

WHEREAS, pursuant to this Court's order dated August 29, 2011 on Mitsui & Co. (Taiwan), Ltd.'s ("Mitsui Taiwan") motion for judgment on the pleadings for lack of personal jurisdiction, which granted Electrograph "leave to amend its complaint to set forth its theory of jurisdiction" over Mitsui Taiwan (MDL Dkt. No. 3395), Electrograph filed an amended complaint on September 23, 2011 ("Amended Complaint") identical to the Complaint with regard to allegations concerning the Stipulating Defendants, but adding allegations regarding defendant Mitsui Taiwan;

WHEREAS, response(s) to the Amended Complaint must be filed by October 10, 2011;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Electrograph, on the one hand, and the Stipulating Defendants on the other hand, as follows:

1. Stipulating Defendants' respective answers, filed on March 15, 2010, to the allegations in Electrograph's Complaint are hereby deemed responsive to the corresponding allegations in Electrograph's Amended Complaint and no further responsive pleading on behalf of the Stipulating Defendants to Electrograph's Amended Complaint shall be required.

2. To the extent Electrograph's Amended Complaint contains any additional or substantively revised allegations to which a response may be deemed to be required from the Stipulating Defendants, such allegations are hereby deemed denied.

| | |
|---|---|
| 1 | Dated: October 5, 2011 |
| 2 | |
| 3 | By: /s/ Kent M. Roger |

Dated: October 5, 2011

By: */s/ Kent M. Roger*
Kent M. Roger (Bar No. 95987)
Jennifer L. Calvert (Bar No. 258018)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
kroger@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

By: */s/ Michael R. Lazerwitz*
Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (Bar No. 205062)
Lee F. Berger (Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
mlazerwitz@cgsh.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: */s/ Christopher A. Nedeau*
Christopher A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
cnedeau@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: */s/ Melvin R. Goldman*
   Melvin R. Goldman (Bar No. 34097)
   Stephen P. Freccero (Bar. No 131093)
   Derek F. Foran (Bar No. 224569)
   MORRISON & FOERSTER LLP
   425 Market Street
   San Francisco, CA 94105-2482
   (415) 268-7000 (Phone)
   (415) 268-7522 (Facsimile)
   *sfreccero@mofo.com*

   *Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*


By: */s/ Hugh F. Bangasser*
   Hugh F. Bangasser (*pro hac vice*)
   Ramona M. Emerson (*pro hac vice*)
   K&L GATES LLP
   925 Fourth Avenue, Suite 2900
   Seattle, WA 98004-1158
   (206) 623-7580 (Phone)
   (206) 623-7022 (Facsimile)
   *Ramona.Emerson@klgates.com*

   Jeffrey L. Bornstein (Bar No. 99358)
   K&L GATES LLP
   Four Embarcadero Center, Suite 1200
   San Francisco, CA 94111
   (415) 249-1059 (Phone)
   (415) 882-8220 (Facsimile)

   *Counsel for Defendant HannStar Display Corporation*


By: */s/ Robert Wick*
   Robert Wick (*pro hac vice*)
   Neil Roman (*pro hac vice*)
   Derek Ludwin (*pro hac vice*)
   COVINGTON & BURLING LLP
   1201 Pennsylvania Ave., NW
   Washington, DC 20004
   (202) 662-6000 (Phone)
   (202) 662-6291 (Facsimile)
   *rwick@cov.com*

   *Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc. and Samsung Electronics America, Inc.*

| | |
|---|---|
| 1 | By: /s/ John M. Grenfell |
| 2 | John M. Grenfell (Bar No. 88500)<br>Jacob R. Sorensen (Bar No. 209134) |
| 3 | Fusae Nara (*pro hac vice*)<br>Andrew D. Lanphere (Bar No. 191479) |
| 4 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 5 | 50 Fremont Street<br>San Francisco, CA 94105 |
| 6 | (415) 983-1000 (Phone)<br>(415) 983-1200 (Facsimile) |
| 7 | john.grenfell@pillsburylaw.com |
| 8 | *Attorneys for Defendants Sharp Corporation and Sharp Electronics Corp.* |

By: /s/ John H. Chung
John H. Chung (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
jchung@whitecase.com

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (Phone)
(202) 639-9355 (Facsimile)
ccurran@whitecase.com
kmcahren@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

By: /s/ Philip J. Iovieno
Philip J. Iovieno (*pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600
(518) 434-0665
piovieno@bsfllp.com

*Attorneys for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp.*

# FILER'S ATTESTATION

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that Michael Lazertwitz, Christopher Nedeau, Melvin Goldman, Hugh Bangasser, Robert Wick, John Grenfell, John Chung, and Philip Iovieno concur in this filing.

/s/ Kent M. Roger
Kent M. Roger

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

Dated: October __6__, 2011

By _____/s/ Susan Illston_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

DB2/ 22697537.1

CASE NO. 3:10-CV-0117 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER RE
ANSWERS TO AMENDED COMPLAINT