1  MELVIN R. GOLDMAN (CA SBN 34097)
   MGoldman@mofo.com
2  STEPHEN P. FRECCERO (CA SBN 131093)
   SFreccero@mofo.com
3  DEREK F. FORAN (CA SBN 224569)
   DForan@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7

   Attorneys for Defendants
8  SEIKO EPSON CORPORATION, EPSON IMAGING
   DEVICES CORPORATION AND EPSON ELECTRONICS
9  AMERICA, INC.

10 [Additional counsel listed on signature page.]

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14 IN RE: LCD (FLAT PANEL) ANTITRUST        Master File No. 3:07-md-1827 SI
   LITIGATION                              MDL No. 1827
15                                         Case No. 09-cv-1115
                                           Case No. 09-cv-4997
16 This Document Relates to:               Case No. 10-cv-4572
                                           Case No. 11-cv-0058
17 ATS Claim, LLC v. Epson Electronics     Case No. 10-cv-1064
   America, Inc., et al., Case No. 09-cv-1115   Case No. 10-cv-5452
18                                         Case No. 10-cv-0117
   AT&T Mobility LLC et al v. AU Optronics  Case No. 09-cv-5840
19 Corporation et al., Case No. 09-cv-4997  Case No. 09-cv-5609
                                           Case No. 10-cv-4945
20 Best Buy Co., Inc., et al. v. AU Optronics   Case No. 10-cv-3205
   Corporation et al. Case No. 10-cv-4572   Case No. 10-cv-3619
21                                         Case No. 10-cv-3517
   Costco Wholesale Corporation v. AU
22 Optronics Corporation, et al., Case
   No. 11-cv-0058                          **STIPULATION REGARDING
23                                         DISCOVERY AS TO THE
   Dell Inc. et al. v. Sharp Corporation et al., Case   AUTHENTICITY OF DOCUMENTS
24 No. 10-cv-1064                          AND THEIR STATUS AS "BUSINESS
                                           RECORDS"**
25 Eastman Kodak Company v. Epson Imaging
   Devices Corporation et al., Case No.
26 10-cv-5452

27

28

STIPULATION EXTENDING DISCOVERY AS TO AUTHENTICITY AND ADMISSIBILITY OF DOCUMENTS
CASE NO. 3:07-MD-1827 SI
pa-1493183

| | |
|---|---|
| 1 | Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp., et al., Case No. 10-cv-0117 |
| 2 | |
| 3 | Motorola, Inc. v. AU Optronics Corporation et al., Case No. 09-cv-5840 |
| 4 | |
| 5 | Nokia Corporation, et al v. AU Optronics Corporation et al., Case No. 09-cv-5609 |
| 6 | Target Corp. et al. v. AU Optronics Corporation et al., Case No. 10-cv-4945 |
| 7 | |
| 8 | TracFone Wireless, Inc. v. AU Optronics Corporation et al., Case No. 10-cv-3205 |
| 9 | State of Missouri, et al. v. AU Optronics Corporation et al., Case No. 10-cv-3619 |
| 10 | |
| 11 | State of Florida v. AU Optronics Corporation et al., Case No. 10-cv-3517 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1    WHEREAS, the parties wish to cooperate in developing an efficient means of addressing

2    the authenticity and status as business records of documents in the Direct Action Plaintiff and

3    Attorney General cases referenced above;

4    WHEREAS, the parties also wish to avoid the costs and burdens of discovery requests and

5    depositions necessary to establish the authenticity and status as business records of documents,

6    and with that end in mind, the parties are negotiating in good faith a stipulation regarding the

7    authenticity and status as business records of documents for use in the Direct Action Plaintiff and

8    Attorney General cases referenced above;

9    WHEREAS, the Court has set a fact discovery cut-off applicable to the Direct Action

10   Plaintiff and Attorney General cases referenced above of December 8, 2011;

11   WHEREAS, given the number of parties and documents the parties contemplate they will

12   need additional time to agree on the terms of a stipulation regarding the authenticity and status as

13   business records of documents for use in the Direct Action Plaintiff and Attorney General cases

14   referenced above;

15   NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on

16   behalf of the parties identified below (the "Stipulating Parties"), that in the event the parties are

17   unable to agree on a stipulation regarding the authenticity and status as business records of

18   documents for use in the Direct Action Plaintiff and Attorney General cases, referenced above, or

19   if the parties are unable to agree on the authenticity and status as business records of individual

20   documents, the Stipulating Parties may, nonetheless, proceed with discovery related to the

21   authentication and status as business records of documents for use in the foregoing actions

22   beyond the date currently set for the close of fact discovery.  This stipulation does not extend the

23   discovery cut-off for any other discovery proceedings.

24   ///

25   ///

26   ///

27   ///

28

| 1 | Dated: November 3, 2011 | By: ___/s/ Jason C. Murray___ |
|---|---|---|
| 2 | | CROWELL & MORING LLP |
| | | Jason C. Murray |
| 3 | | Joshua Stokes |
| | | 515 South Flower St., 40th Floor |
| 4 | | Los Angeles, CA 90071 |
| | | Tel: (213) 622-4750 |
| 5 | | Fax: (213) 622-2690 |
| 6 | | CROWELL & MORING LLP |
| | | Jeffrey H. Howard (*pro hac vice*) |
| 7 | | Jerome A. Murphy (*pro hac vice*) |
| | | 1001 Pennsylvania Avenue, N.W. |
| 8 | | Washington D.C. 20004 |
| | | Tel: (202) 624-2500 |
| 9 | | Fax: (202) 628-5116 |
| 10 | | *Counsel for Plaintiffs AT&T Mobility LLC,* |
| | | *et al.; Motorola Mobility Inc.; and Target* |
| 11 | | *Corp., et al.* |
| 12 | Dated: November 3, 2011 | By: ___/s/ David P. Germaine___ |
| 13 | | VANEK VICKERS & MASINI P.C. |
| | | David Germaine |
| 14 | | 111 S. Wacker, Suite 4050 |
| | | Chicago, IL. 60606 |
| 15 | | Tel: (312) 224-1500 |
| | | Fax: (312) 224-1510 |
| 16 | | |
| 17 | | *Counsel for Plaintiff ATS Claim, LLC* |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | Dated: November 3, 2011 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Dated: November 3, 2011 |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Dated: November 3, 2011 |

Dated: November 3, 2011        By:    /s/  David Martinez

ROBINS, KAPLAN, MILLER & CIRESI
L.L.P.
Roman M. Silberfeld
David Martinez
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Tel:  (310) 552-0130
Fax:  (310) 229-5800

ROBINS, KAPLAN, MILLER & CIRESI
L.L.P.
Elliot S. Kaplan (pro hac vice)
K. Craig Wildfang (pro hac vice)
Lauren E. Wood (pro hac vice)
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
Tel:  (612) 349-8500
Fax:  (612) 339-4181

*Counsel for Plaintiffs Best Buy Co., et al.*

Dated: November 3, 2011        By:    /s/  Cori G. Moore

PERKINS COIE LLP
David J. Burman
Cori G. Moore
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Tel: (206) 359-8000
Fax:  (206) 359-9000

*Counsel for Plaintiff Costco Wholesale
Corporation*

Dated: November 3, 2011        By:    /s/  Debra D. Bernstein

ALSTON + BIRD LLP
Michael P. Kenny
Debra D. Bernstein
Rodney J. Ganske
1201 West Peachtree Street
Atlanta, GA  30309-3424
Tel: (404) 881-7000
Fax:  (404) 881-7777

*Counsel for Plaintiffs Dell Inc. and Dell
Products L.P.*

STIPULATION REGARDING DISCOVERY AS TO AUTHENTICITY AND STATUS AS BUSINESS RECORDS
CASE NO. 3:07-MD-1827 SI
pa-1493183

3

Dated: November 3, 2011

By:    /s/ John R. Foote

NIXON PEABODY LLC
Karl D. Belgum
John R. Foote
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Tel: (415) 984-8200
Fax: (415) 984-8300

*Counsel for Plaintiff Eastman Kodak*

Dated: November 3, 2011

By:    /s/ William A. Isaacson

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (pro hac vice)
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

BOIS, SCHILLER & FLEXNER LLP
Philip J. Iovieno (pro hac vice)
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600
(518) 434-0665

BOIS, SCHILLER & FLEXNER LLP
Laura J. McKay
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460

*Counsel for Plaintiffs Electrograph
Systems, Inc., et al.*

Dated: November 3, 2011

By: ___/s/ B. Parker Miller___

ALSTON + BIRD LLP
Randall Allen
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Tel: (650) 838-2000
Fax: (650) 838-2001

ALSTON + BIRD LLP
Peter Kontio
Valarie C. Williams
B. Parker Miller
1201 West Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Plaintiffs Nokia Corporation and Nokia Inc.*

Dated: November 3, 2011

By: ___/s/ David B. Esau___

CARLTON FIELDS, P.A.
James B. Baldinger *(pro hac vice)*
Robert L. Ciotti *(pro hac vice)*
David B. Esau *(pro hac vice)*
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
Tel: (561) 659-7070
Fax: (561) 659-7368

*Counsel for Plaintiff TracFone Wireless, Inc.*

Dated: November 3, 2011

By: ___/s/ Anne E. Schneider___

ATTORNEY GENERAL OF MISSOURI
Chris Koster
Anne E. Schneider *(pro hac vice)*
Andrew M. Hartnett *(pro hac vice)*
P.O. Box 899
Jefferson City, MO 65102
Tel: (573) 751-3321
Fax: (573) 751-2041

*Counsel for Plaintiff State of Missouri*

| | |
|---|---|
| Dated: November 3, 2011 | By: ___/s/ David A. Curran___ |
| | ATTORNEY GENERAL OF ARKANSAS |
| | David A. Curran (*pro hac vice*) |
| | 323 Center Street, Suite 500 |
| | Little Rock, AR 72201 |
| | Tel: (501) 682-2007 |
| | Fax: (501) 682-8118 |
| | |
| | *Counsel for Plaintiff State of Arkansas* |
| | |
| Dated: November 3, 2011 | By: ___/s/ M. Elizabeth Lippitt___ |
| | ATTORNEY GENERAL OF MICHIGAN |
| | Bill Schuette (*pro hac vice*) |
| | M. Elizabeth Lippitt (*pro hac vice*) |
| | Corporate Oversight Division |
| | 525 West Ottawa Street, 6th Floor |
| | Lansing, MI 48933 |
| | Tel: (517) 373-1160 |
| | Fax: (517) 335-1935 |
| | |
| | *Counsel for Plaintiff State of Michigan* |
| | |
| Dated: November 3, 2011 | By: ___/s/ Douglas L. Davis___ |
| | ATTORNEY GENERAL OF WEST VIRGINIA |
| | Darrell McGraw |
| | Jill L. Miles (*pro hac vice*) |
| | Douglas L. Davis (*pro hac vice*) |
| | West Virginia Attorney General Office |
| | 812 Quarrier St., First Floor |
| | Jefferson City, MO 65102 |
| | Tel: (304) 558-8986 |
| | Fax: (304) 558-0184 |
| | |
| | *Counsel for Plaintiff State of West Virginia* |
| | |
| Dated: November 3, 2011 | By: ___/s/ Gwendolyn J. Cooley___ |
| | ATTORNEY GENERAL OF WISCONSIN |
| | J.P. Van Hollen |
| | Gwendolyn J. Cooley (*pro hac vice*) |
| | Wisconsin Department of Justice |
| | P.O. Box 7857 |
| | Madison, WI 53707 |
| | Tel: (608) 261-5810 |
| | Fax: (608) 267-2778 |
| | |
| | *Counsel for Plaintiff State of Wisconsin* |

| | |
|---|---|
| Dated: November 3, 2011 | By: /s/ Lizabeth A. Brady |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | STATE OF FLORIDA |
| | R. Scott Palmer |
| | Lizabeth A. Brady |
| | Nicholas Weilhammer |
| | Eli Friedman |
| | PL-01, The Capitol |
| | Tallahassee, FL 32399-1050 |
| | Tel: (850) 414-3300 |
| | Fax: (850) 488-9134 |
| | |
| | *Counsel for Plaintiff State of Florida* |

| | | |
|---|---|---|
| 1 | Dated: November 3, 2011 | By: ___/s/ James A. Nickovich___ |
| 2 | | NOSSAMAN LLP |
| | | Christopher A. Nedeau, Esq. |
| 3 | | Carl L. Blumenstein, Esq. |
| | | Allison M. Dibley, Esq. |
| 4 | | James A. Nickovich, Esq. |
| | | 50 California Street, 34th Floor |
| 5 | | San Francisco, CA 94111 |
| | | Tel: (415) 398-3600 |
| 6 | | Fax: (415) 398-2438 |
| 7 | | *Counsel for Defendants AU Optronics* |
| | | *Corporation and AU Optronics* |
| 8 | | *Corporation America* |
| 9 | Dated: November 3, 2011 | By: ___/s/ Harrison J. Frahn IV___ |
| 10 | | SIMPSON THACHER & BARTLETT |
| | | LLP |
| 11 | | Harrison J. Frahn IV |
| | | 2550 Hanover Street |
| 12 | | Palo Alto, CA 94304 |
| | | Telephone: (650) 251-5000 |
| 13 | | Facsimile: (650) 251-5002 |
| 14 | | DAVIS POLK & WARDWELL LLP |
| | | Christopher B. Hockett |
| 15 | | Neal A. Potischman |
| | | Sandra West |
| 16 | | 1600 El Camino Real |
| | | Menlo Park, CA 94205 |
| 17 | | Tel: (650) 752-2000 |
| | | Fax: (650) 752-2111 |
| 18 | | |
| 19 | | *Counsel for Defendants Chi Mei* |
| | | *Corporation, Chimei Innolux Corporation,* |
| 20 | | *Chi Mei Optoelectronics USA, Inc., CMO* |
| | | *Japan Co., Ltd., Nexgen Mediatech, Inc.* |
| 21 | | *and Nexgen Mediatech USA, Inc.* |

Dated: November 3, 2011                    By:    /s/  Joel Sanders

GIBSON, DUNN & CRUTCHER LLP
Joel Sanders, Esq.
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Tel: (415) 393-8200
Fax: (415) 986-5309

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company of America for Cases Nos. 10-cv-4573, 11-cv-0058, 09-cv-5609, and 10-cv-4945*

Dated: November 3, 2011                    By:    /s/  Ramona M. Emerson

K&L GATES LLP
Hugh F. Bangasser, Esq.
Ramona M. Emerson, Esq.
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: (206) 623-7580
Fax: (206) 623-7022

*Counsel for Defendants HannStar Display Corporation*

Dated: November 3, 2011                    By:    /s/  Kent M. Roger

MORGAN, LEWIS & BOCKIUS LLP
Kent M. Roger
Herman J. Hoying
One Market, Spear Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

| | |
|---|---|
| 1 | |
| | Dated: November 3, 2011        By:    /s/ Michael R. Lazerwitz |
| 2 | |
| | CLEARY GOTTLIEB STEEN & |
| 3 | HAMILTON LLP |
| | Michael R. Lazerwitz, Esq. |
| 4 | Lee F. Berger, Esq. |
| | Kelsey W. Shannon, Esq. |
| 5 | 2000 Pennsylvania Avenue N.W. |
| | Washington, DC 20006 |
| 6 | Tel: (202) 974-1500 |
| | Fax: (202) 974-1999 |
| 7 | |
| | PAUL HASTINGS LLP |
| 8 | Holly A. House (SB# 136045) |
| | Kevin C. McCann (SB# 120874) |
| 9 | 55 Second Street |
| | Twenty-Fourth Floor |
| 10 | San Francisco, CA 94105 |
| | Tel: (415) 856-7000 |
| 11 | Fax: (415) 856-7100 |
| 12 | |
| | *Counsel for Defendants LG Display* |
| 13 | *America, Inc. and LG Display Co., Ltd.* |
| 14 | Dated: November 3, 2011        By:    /s/ Michael E. Mumford |
| 15 | |
| | BAKER HOSTETLER LLP |
| 16 | Ernest E. Vargo, Esq. |
| | Paul P. Eyre, Esq. |
| 17 | Michael E. Mumford, Esq. |
| | PNC Center |
| 18 | 1900 East Ninth Street, Suite 3200 |
| | Cleveland, OH 44114 |
| 19 | Tel: (216) 621-0200 |
| | Fax: (216) 696-0740 |
| 20 | |
| 21 | *Counsel for Defendants Mitsui & Co.* |
| | *(Taiwan), Limited* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Dated: November 3, 2011 |

Dated: November 3, 2011    By:    /s/  Brendan P. Cullen

SULLIVAN & CROMWELL LLP
Garrard R. Beeney, Esq.
Theodore Edelman, Esq.
125 Broad Street
New York, NY 10004-2498
Tel: (212) 558-4000
Fax:  (212) 558-3588

Brendan P. Cullen, Esq.
Shawn J. Lichaa, Esq.
1870 Embarcadero Road
Palo Alto, CA 94303
Tel: (650)461-5600
Fax: (650) 461-5745

*Counsel for Defendants Philips*
*Electronics North*
*America Corporation*

Dated: November 3, 2011    By:    /s/  Jeffrey Davidson

COVINGTON & BURLING LLP
Timothy C. Hester, Esq.
Robert D. Wick, Esq.
Derek Ludwin, Esq.
Jeffrey Davidson, Esq.
One Front Street
San Francisco, CA 94111
Tel:  (415) 591-6000
Fax: (415) 591-6091

*Counsel for Defendants Samsung*
*Electronics Co., Ltd., Samsung*
*Semiconductor, Inc., and Samsung*
*Electronics America, Inc.*

| | |
|---|---|
| Dated: November 3, 2011 | By: /s/ Allison A. Davis |
| | DAVIS WRIGHT TREMAINE LLP<br>Allison A. Davis, Esq.<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>Tel: (415) 276-6500<br>Fax: (415) 276-6599 |
| | DAVIS WRIGHT TREMAINE LLP<br>Nick S. Verwolf, Esq.<br>777 108th Avenue N.E., Suite 2300<br>Bellevue, WA 98004<br>Tel: (425) 646-6100<br>Fax: (425) 646-6199 |
| | *Counsel for Defendants Sanyo Consumer Electronics Co., Ltd.* |
| Dated: November 3, 2011 | By: /s/ Tyler M. Cunningham |
| | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Gary L. Halling<br>James L. Mcginnis<br>Michael W. Scarborough<br>Mona Solouki<br>Tyler M. Cunningham<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel: (415) 434-9100<br>Fax: (415) 434-3947 |
| | *Counsel for Defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc.* |
| Dated: November 3, 2011 | By: /s/ Derek F. Foran |
| | MORRISON & FOERSTER LLP<br>Melvin Goldman<br>Stephen P. Freccero<br>Derek F. Foran<br>425 Market Street<br>San Francisco, California 94105-2482<br>Tel: (415) 268-7000<br>Fax: (415) 268-7522 |
| | *Counsel for Defendants Seiko Epson Corporation, Epson Imaging Devices Corporation and Epson Electronics America, Inc.* |

| | |
|---|---|
| Dated: November 3, 2011 | By: /s/ Jacob R. Sorensen |

PILLSBURY WINTHROP SHAW
PITTMAN LLP
Jacob R. Sorensen, Esq.
50 Fremont Street, 5th Floor
San Francisco, CA 94105
Tel: (415) 983-1000
Fax: (415) 983-1200

BINGHAM MCCUTCHEN LLP
Colin West, Esq.
Three Embarcadero Center
San Francisco, CA 94111-4067
Tel: (415) 393-2000
Fax: (415) 393-2286

*Counsel for Defendants Sharp
Corporation and Sharp Electronics
Corporation*

| | |
|---|---|
| Dated: November 3, 2011 | By: /s/ Patrick J. Ahern |

BAKER & MCKENZIE
Patrick J. Ahern, Esq.
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601
Tel: (312) 861-8000
Fax: (312) 861-2899

*Counsel for Defendant Tatung Company
of America, Inc.*

| | |
|---|---|
| Dated: November 3, 2011 | By: /s/ Kristen J. McAhren |

WHITE & CASE LLP
Christopher M. Curran (*pro hac vice*)
John H. Chung (*pro hac vice*)
Martin M. Toto (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200
Fax: (212) 354-8113

*Attorneys for Toshiba Corporation,
Toshiba Mobile Display Co., Ltd., Toshiba
America Electronic Components, Inc. and
Toshiba America Information Systems,
Inc.*

1      **ORDER**

2          Pursuant to the parties' stipulation, IT IS SO ORDERED.

3

4      Dated: _____    11/4/11    _____

5                                             HONORABLE SUSAN ILLSTON
                                              UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Derek Foran, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 3, 2011              By: /s/  Derek F. Foran

                                      Derek F. Foran