| | |
|---|---|
| 1 | KENT M. ROGER, State Bar No. 95987 |
| | HERMAN J. HOYING, State Bar No. 257495 |
| 2 | JENNIFER L. CALVERT, State Bar No. 258018 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1126 |
| 4 | Tel: 415.442.1000 |
| | Fax: 415.442.1001 |
| 5 | E-mail: kroger@morganlewis.com |
| |      hhoying@morganlewis.com |
| 6 |      jennifer.calvert@morganlewis.com |

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

[Additional defendants and counsel
listed on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. M 3:07-md-1827 SI; MDL 1827<br>Individual Case No. 3:10-cv-0117 SI |
| This Document Relates To Individual Case No.: 3:10-cv-0117 SI<br><br>ELECTROGRAPH SYSTEMS, INC.;<br>ELECTROGRAPH TECHNOLOGIES, CORP.<br><br>                         Plaintiffs,<br><br>       v.<br><br>EPSON IMAGING DEVICES CORPORATION, et al.<br><br>                         Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING FACT DISCOVERY CUTOFF**<br><br>**Honorable Susan Illston** |

      Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp. (collectively, "Electrograph") and Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Epson Imaging Devices Corporation, Epson Electronics America, Inc., Sharp

1  Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronic
2  Components, Inc., Toshiba America Information Systems, Inc., Toshiba Mobile Display Co.,
3  Ltd., LG Display Co., Ltd., LG Display America, Inc., AU Optronics Corporation, AU Optronics
4  Corporation America, Samsung Electronics Company, Ltd., Samsung Semiconductor, Inc.,
5  Samsung Electronics America, Inc. and HannStar Display Corporation (collectively, "Stipulating
6  Defendants"), hereby stipulate as follows:

## STIPULATION

WHEREAS, fact discovery closes in this case on December 8, 2011, as set forth in the Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

WHEREAS, Electrograph and Stipulating Defendants have conferred regarding the schedule set forth in the Scheduling Order, Electrograph's document productions in response to discovery requests served by Hitachi Displays, Ltd. and the contemplated depositions of certain former Electrograph employees;

WHEREAS, Electrograph would benefit from additional time to produce responsive documents and Stipulating Defendants would benefit from additional time to conduct depositions after reviewing documents produced by Electrograph;

WHEREAS Electrograph and Stipulating Defendants agree to the extension of the close of fact discovery set forth in the Scheduling Order for the limited purpose of allowing sufficient time for Electrograph to produce additional responsive documents and Stipulating Defendants to take depositions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Electrograph, on the one hand, and Stipulating Defendants on the other hand, as follows:

1. The fact discovery cutoff date of December 8, 2011 in the above-captioned matter, as set forth in the Scheduling Order, is extended for the limited purpose of the aforementioned document productions and depositions;

2. The deadline for Electrograph to produce responsive documents to discovery requests served by Hitachi Displays, Ltd. is extended to January 15, 2012; and

3. The deadline for Stipulating Defendants to take the depositions of former Electrograph employees is extended to February 15, 2012.

Dated: December 6, 2011

By: */s/ Kent M. Roger*
Kent M. Roger (Bar No. 95987)
Jennifer L. Calvert (Bar No. 258018)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

By: */s/ Kevin C. McCann*
Kevin C. McCann (Bar No. 120874)
Holly House (Bar No. 136045)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
(415) 856-7000 (Phone)
(415) 856-7100 (Facsimile)
*kevinmccann@paulhastings.com*
*hollyhouse@paulhastings.com*

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

| | |
|---|---|
| 1 | |
| 2 | By:   */s/ Christopher A. Nedeau*<br>Christopher A. Nedeau |
| 3 | Carl L. Blumenstein<br>Allison Dibley |
| 4 | NOSSAMAN LLP<br>50 California Street, 34th Floor |
| 5 | San Francisco, CA  94111<br>(415) 398-3600 (Phone) |
| 6 | (415) 398-2438 (Facsimile)<br>*cnedeau@nossaman.com* |
| 7 | *Attorneys for Defendants AU Optronics* |
| 8 | *Corporation and AU Optronics Corporation America* |
| 9 | |
| 10 | |
| | By:   */s/ Melvin R. Goldman* |
| 11 | Melvin R. Goldman (Bar No. 34097)<br>Stephen P. Freccero (Bar. No 131093) |
| 12 | Derek F. Foran (Bar No. 224569)<br>MORRISON & FOERSTER LLP |
| 13 | 425 Market Street<br>San Francisco, CA 94105-2482 |
| 14 | (415) 268-7000 (Phone)<br>(415) 268-7522 (Facsimile) |
| 15 | *sfreccero@mofo.com* |
| 16 | *Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics* |
| 17 | *America, Inc.* |
| 18 | |
| 19 | By:   */s/ Robert Wick*<br>Robert Wick (*pro hac vice*) |
| 20 | Neil Roman (*pro hac vice*)<br>Derek Ludwin (*pro hac vice*) |
| 21 | COVINGTON & BURLING LLP<br>1201 Pennsylvania Ave., NW |
| 22 | Washington, DC 20004<br>(202) 662-6000 (Phone) |
| 23 | (202) 662-6291 (Facsimile)<br>*rwick@cov.com* |
| 24 | *Attorneys for Defendants Samsung* |
| 25 | *Electronics Co., Ltd., Samsung Semiconductor, Inc. and Samsung Electronics* |
| 26 | *America, Inc.* |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Hugh F. Bangasser |
| 3 | Hugh F. Bangasser (*pro hac vice*) |
| | Ramona M. Emerson (*pro hac vice*) |
| 4 | K&L GATES LLP |
| | 925 Fourth Avenue, Suite 2900 |
| 5 | Seattle, WA 98004-1158 |
| | (206) 623-7580 (Phone) |
| 6 | (206) 623-7022 (Facsimile) |
| 7 | *Ramona.Emerson@klgates.com* |
| 8 | Jeffrey L. Bornstein (Bar No. 99358) |
| | K&L GATES LLP |
| 9 | Four Embarcadero Center, Suite 1200 |
| | San Francisco, CA 94111 |
| 10 | (415) 249-1059 (Phone) |
| | (415) 882-8220 (Facsimile) |
| 11 | |
| 12 | *Counsel for Defendant HannStar Display Corporation* |
| 13 | |
| 14 | By: /s/ John M. Grenfell |
| | John M. Grenfell (Bar No. 88500) |
| 15 | Jacob R. Sorensen (Bar No. 209134) |
| | Fusae Nara (*pro hac vice*) |
| 16 | Andrew D. Lanphere (Bar No. 191479) |
| | PILLSBURY WINTHROP SHAW PITTMAN |
| 17 | LLP |
| | 50 Fremont Street |
| 18 | San Francisco, CA 94105 |
| | (415) 983-1000 (Phone) |
| 19 | (415) 983-1200 (Facsimile) |
| | *john.grenfell@pillsburylaw.com* |
| 20 | |
| | *Attorneys for Defendants Sharp Corporation and Sharp Electronics Corp.* |
| 21 | |

By: __/s/ John H. Chung_____
    John H. Chung (*pro hac vice*)
    WHITE & CASE LLP
    1155 Avenue of the Americas
    New York, NY 10036-2787
    (212) 819-8200 (Phone)
    (212) 354-8113 (Facsimile)
    *jchung@whitecase.com*

    Christopher M. Curran (*pro hac vice*)
    Kristen J. McAhren (*pro hac vice*)
    WHITE & CASE LLP
    701 Thirteenth Street, NW
    Washington, DC 20005-3807
    (202) 626-3600 (Phone)
    (202) 639-9355 (Facsimile)
    *ccurran@whitecase.com*
    *kmcahren@whitecase.com*

    *Attorneys for Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

By: __/s/ Paul P. Eyre_____
    Paul P. Eyre (pro hac vice)
    Ernest E. Vargo (pro hac vice)
    Michael E. Mumford (pro hac vice)
    BAKER & HOSTETLER LLP
    PNC Center
    1900 East Ninth Street, Suite 3200
    Cleveland, OH 44114-3482
    (216) 621-0200 (Phone)
    (216) 696-0740 (Facsimile)
    *peyre@bakerlaw.com*
    *evargo@bakerlaw.com*
    *mmumford@bakerlaw.com*

    *Tracy Cole (pro hac vice)*
    BAKER & HOSTETLER LLP
    45 Rockefeller Plaza
    New York, NY 10111
    Telephone: (212) 589-4210 (Phone)
    Facsimile: (212) 589-4201 (Facsimile)
    *tcole@bakerlaw.com*

    *Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.*

| | |
|---|---|
| 1 | By: /s/ Philip J. Iovieno |
| 2 | Philip J. Iovieno (*pro hac vice*) |
|   | BOIES, SCHILLER & FLEXNER LLP |
|   | 10 North Pearl Street, 4th Floor |
| 3 | Albany, NY 12207 |
|   | (518) 434-0600 |
| 4 | (518) 434-0665 |
|   | *piovieno@bsfllp.com* |
| 5 | |
|   | *Attorneys for Plaintiffs Electrograph Systems,* |
| 6 | *Inc. and Electrograph Technologies, Corp.* |

## FILER'S ATTESTATION

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that Kevin McCann, Christopher Nedeau, Melvin Goldman, Robert Wick, Hugh Bangasser, John Grenfell, John Chung, Paul Eyre and Philip Iovieno concur in this filing.

/s/ Kent M. Roger
Kent M. Roger

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

Dated: December ~~12~~, 2011

By _____[signature: Susan Illston]_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

DB2/ 22697537.1

9

CASE NO. 3:10-CV-0117 SI; MDL NO. 1827
STIPULATION AND [PROPOSED] ORDER RE
FACT DISCOVERY CUTOFF