1  KENT M. ROGER, State Bar No. 95987
   HERMAN J. HOYING, State Bar No. 257495
2  SHARON R. SMITH, State Bar No. 221428
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5  E-mail: kroger@morganlewis.com
           hhoying@morganlewis.com
6          srsmith@morganlewis.com

7  Attorneys for Defendants
   HITACHI, LTD., HITACHI ELECTRONIC
8  DEVICES (USA), INC., HITACHI DISPLAYS,
   LTD. (n/k/a JAPAN DISPLAY EAST, INC.)
9
10 [Additional defendants and counsel
   listed on signature pages]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. 3:07-md-1827 SI; MDL 1827<br>Individual Case No. 3:10-cv-0117 SI |
| This Document Relates To Individual Case No.: 3:10-cv-0117 SI<br><br>ELECTROGRAPH SYSTEMS, INC.; ELECTROGRAPH TECHNOLOGIES, CORP.<br><br>Plaintiffs,<br><br>v.<br><br>EPSON IMAGING DEVICES CORPORATION, et al.<br><br>Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEADLINES FOR DEPOSITIONS**<br><br>**Honorable Susan Illston** |

Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp. (collectively, "Electrograph") and Defendants Hitachi, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Epson Imaging Devices Corporation, Epson

Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Mobile Display Co., Ltd., LG Display Co., Ltd., LG Display America, Inc., AU Optronics Corporation, AU Optronics Corporation America, Mitsui & Co. (Taiwan), Ltd., and HannStar Display Corporation (collectively, "Stipulating Defendants"), hereby stipulate as follows:

## **STIPULATION**

WHEREAS, fact discovery was set to close in this case on December 8, 2011, pursuant to the Stipulation and Order Modifying Pretrial Schedule for "Track One" Direct Action Plaintiff and State Attorney General Actions (Dkt. No. 3110, the "Scheduling Order");

WHEREAS, on February 17, 2012, the Court entered an order approving a stipulation extending the time for Stipulating Defendants to take the depositions of former Electrograph employees until March 30, 2012 (Dkt. No. 4835);

WHEREAS, on March 5, 2012, the Court entered an order approving a stipulation extending the time for Stipulating Defendants to take the depositions of former Electrograph employees until April 30, 2012 (Dkt. No. 5025);

WHEREAS, on April 24, 2012, the Court entered an order approving a stipulation extending the time for Stipulating Defendants to take the depositions of former Electrograph employees until May 14, 2012 (Dkt. No. 5512);

WHEREAS former Electrograph employees Rabih (Robbie) Chikhani and Mohammed (Mike) El-Ahmar are unavailable for depositions prior to May 14, 2012;

WHEREAS Stipulating Defendants would benefit from additional time to conduct the depositions of former Electrograph employees Rabih (Robbie) Chikhani and Mohammed (Mike) El-Ahmar;

WHEREAS Electrograph and Stipulating Defendants agree to the extension of the close of fact discovery set forth in the Scheduling Order for the limited purpose of providing sufficient time for Stipulating Defendants to take the depositions of former Electrograph employees Rabih (Robbie) Chikhani and Mohammed (Mike) El-Ahmar;

| | |
|---|---|
| 1 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the |
| 2 | undersigned counsel, on behalf of their respective clients, Electrograph, on the one hand, and |
| 3 | Stipulating Defendants on the other hand, that the deadline for Stipulating Defendants to take the |
| 4 | depositions of former Electrograph employees is extended to June 11, 2012. |
| 5 | Dated: May 14, 2012 |

By: */s/ Kent M. Roger*
Kent M. Roger (Bar No. 95987)
Sharon R. Smith (Bar No. 221428)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*
*srsmith@morganlewis.com*

*Attorneys for Defendants Hitachi, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.)*

By: */s/ Kevin C. McCann*
Kevin C. McCann (Bar No. 120874)
Holly House (Bar No. 136045)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
(415) 856-7000 (Phone)
(415) 856-7100 (Facsimile)
*kevinmccann@paulhastings.com*
*hollyhouse@paulhastings.com*

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: */s/ Christopher A. Nedeau*
Christopher A. Nedeau
Carl L. Blumenstein
Allison Dibley
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

| | |
|---|---|
| 1 | By: _/s/ Melvin R. Goldman_ |
| 2 | Melvin R. Goldman (Bar No. 34097) |
| | Stephen P. Freccero (Bar. No 131093) |
| 3 | Derek F. Foran (Bar No. 224569) |
| | MORRISON & FOERSTER LLP |
| 4 | 425 Market Street |
| | San Francisco, CA 94105-2482 |
| 5 | (415) 268-7000 (Phone) |
| | (415) 268-7522 (Facsimile) |
| 6 | sfreccero@mofo.com |

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By: _/s/ John M. Grenfell_
John M. Grenfell (Bar No. 88500)
Jacob R. Sorensen (Bar No. 209134)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (Bar No. 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
john.grenfell@pillsburylaw.com

*Attorneys for Defendants Sharp Corporation and Sharp Electronics Corp.*

By: _/s/ John H. Chung_
John H. Chung (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
jchung@whitecase.com

Christopher M. Curran (*pro hac vice*)
Kristen J. McAhren (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3600 (Phone)
(202) 639-9355 (Facsimile)
ccurran@whitecase.com
kmcahren@whitecase.com

*Attorneys for Defendants Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

By: ___/s/ Ramona M. Emerson___
Hugh F. Bangasser (*pro hac vice*)
Ramona M. Emerson (*pro hac vice*)
Christopher M. Wyant (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
*Hugh.Bangasser@klgates.com*
*Ramona.Emerson@klgates.com*
*Chris.Wyant@klgates.com*

Jeffrey L. Bornstein (Bar No. 99358)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 249-1059 (Phone)
(415) 882-8220 (Facsimile)

*Counsel for Defendant HannStar Display Corporation*

By: ___/s/ Paul P. Eyre___
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
Erin K. Murdock-Park
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*
*emurdockpark@bakerlaw.com*

Tracy Cole
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4210 (Phone)
Facsimile: (212) 589-4201 (Facsimile)
*tcole@bakerlaw.com*

*Attorneys for Defendant Mitsui & Co. (Taiwan), Ltd.*

| | |
|---|---|
| 1 | By:   */s/ Philip J. Iovieno* |
| 2 | William A. Isaacson (admitted *pro hac vice*) |
|   | Melissa Felder (admitted *pro hac vice*) |
| 3 | BOIES, SCHILLER & FLEXNER LLP |
|   | 5301 Wisconsin Ave. NW, Suite 800 |
| 4 | Washington, D.C. 20015 |
|   | Telephone: (202) 237-2727 |
| 5 | Facsimile: (202) 237-6131 |
|   | Email: wisaacson@bsfllp.com |
| 6 | mfelder@bsfllp.com |
| 7 | Philip J. Iovieno (admitted *pro hac vice*) |
|   | Anne M. Nardacci (admitted *pro hac vice*) |
| 8 | Luke Nikas (admitted *pro hac vice*) |
|   | Christopher V. Fenlon (admitted *pro hac vice*) |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
|   | 10 North Pearl Street, 4th Floor |
| 10 | Albany, NY 12207 |
|    | Telephone: (518) 434-0600 |
| 11 | Facsimile: (518) 434-0665 |
|    | Email: piovieno@bsfllp.com |
| 12 |       anardacci@bsfllp.com |
|    |       lnikas@bsfllp.com |
| 13 |       cfenlon@bsfllp.com |
| 14 | *Attorneys for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies, Corp.* |

**FILER'S ATTESTATION**

I, Kent M. Roger, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that Kevin McCann, Christopher Nedeau, Melvin Goldman, Hugh Bangasser, John Grenfell, John Chung, Paul Eyre and Philip Iovieno concur in this filing.

/s/ Kent M. Roger
Kent M. Roger

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), Inc.*

# [PROPOSED] ORDER

Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-1(a) of the Civil Local Rules, IT IS SO ORDERED.

Dated: May 16, 2012

By _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE