CHRISTOPHER A. NEDEAU (SBN 81297)
CARL L. BLUMENSTEIN (SBN 124158)
JAMES A. NICKOVICH (SBN 244969)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com

Attorneys for Defendants
AUO Optronics Corporation and
AUO Optronics Corporation America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>*ATS Claim, LLC v. Epson Electronics, America, Inc., et al.*, Case No. 09-cv-1115<br><br>*AT&T Mobility LLC et al v. AU Optronics Corporation, et al.*, Case No. 09-cv-4997<br><br>*Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4572<br><br>*Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-0058<br><br>*Dell Inc. et al. v. Sharp Corporation, et al.*, Case No. 10-cv-1064<br><br>*Eastman Kodak Company v. Epson Imaging Devices Corporation, et al.*, Case No. 10-cv-5452<br><br>*Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp., et al.*, Case No. 10-cv-0117<br><br>*Motorola, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5840<br><br>*Nokia Corp. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5609<br><br>*Target Corp. et al. v. AU Optronics Corporation, et al.,* Case No. 10-cv-4945 | **STIPULATION AND ORDER SETTING CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | WHEREAS the above-captioned cases have been proceeding with pretrial preparation in accordance with the Court's Orders dated November 23, 2010 and July 14, 2011 (Dkt. Nos. 2165, 3110) and some of those cases are scheduled for trial before this Court on November 5, 2012; |

WHEREAS the above-captioned cases have been proceeding with pretrial preparation in accordance with the Court's Orders dated November 23, 2010 and July 14, 2011 (Dkt. Nos. 2165, 3110) and some of those cases are scheduled for trial before this Court on November 5, 2012;

WHEREAS counsel for plaintiffs and counsel for defendants in the above-captioned cases believe it would be helpful to convene a case management conference and counsel are available for such a status conference on Friday, August 3, 2012 at 2:30 p.m.;

THEREFORE, IT IS HEREBY STIPULATED between liaison counsel for the above-captioned plaintiffs and defendants' liaison counsel, and subject to the concurrence of the Court, that a case management conference will be held on Friday, August 3, 2012 at 2:30 p.m. in Courtroom 10 of the Federal Building located at 450 Golden Gate Avenue, San Francisco, California. The parties will file case management conference statements by no later than July 23, 2012.

Dated: July 12, 2012

NOSSAMAN LLP

By: _____*/s/ Carl L. Blumenstein*_____
        Carl L. Blumenstein

Liaison Counsel for Defendants and Attorneys for Defendants AUO Optronics Corporation and AUO Optronics Corporation America

Dated: July 12, 2012

CROWELL & MORING LLP

By: _____*/s/ Jerome Murphy*_____
        Jerome Murphy

Liaison Counsel for Direct Action Plaintiffs and Attorneys for AT&T Mobility LLC, Motorola, Inc., and Target Corp.

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**IT IS SO ORDERED.**

Date: 7/16/12

_____
The Honorable Susan Illston
United States District Court Judge