1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. McGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  DYLAN I. BALLARD, Cal. Bar No. 253929
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4109
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947
   E-mail:       ghalling@sheppardmullin.com
7                jmcginnis@sheppardmullin.com
                 mscarborough@sheppardmullin.com
8                dballard@sheppardmullin.com

9  Attorneys for Defendants
   SAMSUNG SDI CO., LTD. and
10 SAMSUNG SDI AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | MDL File No. 3:07-md-1827 SI |
| This Documents Relates To the Following Individual Cases: | MDL No. 1827 |
| *ATS Claim, LLC v. Epson Electronics America, Inc., et al.*, Case No. 09-cv-1115 | **AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| *AT&T Mobility LLC et al v. AU Optronics Corporation, et al.*, Case No. 09-cv-4997 | |
| *Best Buy Co., Inc., et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4572 | |
| *Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, Case No. 11-cv-0058 | |
| *Dell Inc. et al. v. Sharp Corporation, et al.*, Case No. 10-cv-1064 | |

| | |
|---|---|
| 1 | *Eastman Kodak Co. v. Epson Imaging Devices Corp., et al.*, Case No. 10-cv-5452 |
| 2 | |
| 3 | *Electrograph Systems, Inc., et al. v. Epson Imaging Devices Corp., et al.*, Case No. 10-cv-0117 |
| 4 | |
| 5 | *Motorola, Inc. v. AU Optronics Corporation, et al.*, Case No. 09-cv-5840 |
| 6 | |
| 7 | *Nokia Corp., et. al. v. AU Optronics Corporation, et al.,* Case No. 09-cv-5609 |
| 8 | |
| 9 | *Target Corp. et al. v. AU Optronics Corporation, et al.*, Case No. 10-cv-4945 |

The undersigned counsel, on behalf of all plaintiffs and defendants in the "Track 1" actions (collectively the "Track 1 parties"), hereby stipulate as follows:

WHEREAS, on July 12, 2012 the Track 1 parties filed a Stipulation and Proposed Order Setting Case Management Conference, providing that a Case Management Conference will be held in these actions on August 3, 2012, and that the parties would file a Joint Case Management Conference Statement by July 23, 2012; and

WHEREAS, the parties' stipulation was subsequently entered as an Order of the Court, *see* Master Docket No. 6199; and

WHEREAS, the parties are actively meeting and conferring regarding several of the issues to be addressed by the Joint Case Management Conference Statement, and believe additional time is necessary to complete the meet and confer process; and

WHEREAS, Local Rule 16-10(d) permits Joint Case Management Conference Statements to be filed at least 7 days before a scheduled Case Management Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of all Track 1 plaintiffs and defendants, as follows:

1. The Track 1 parties will file a Joint Case Management Conference Statement by July 27, 2012.

| | |
|---|---|
| 1 | Dated: July 24, 2012 |

          */s/ James L. McGinnis*
Gary L. Halling (SBN 66087)
James L. McGinnis (SBN 95788)
Michael W. Scarborough (SBN 203524)
Dylan I. Ballard (SBN 253929)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: ghalling@sheppardmullin.com
       jmcginnis@sheppardmullin.com
       mscarborough@sheppardmullin.com
       dballard@sheppardmullin.com

*Counsel for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd. and on behalf of all Track One Defendants*

Dated: July 24, 2012

                */s/ Joshua C. Stokes*

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com
        jlevine@crowell.com
        jstokes@crowell.com

Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
        jmurphy@crowell.com

*Counsel for Plaintiffs AT&T Mobility LLC; AT&T Corporation; AT&T Services, Inc.; Bellsouth Telecommunications Inc.; Pacific Bell Telephone Company; AT&T Operations, Inc.; AT&T Datacomm, Inc.; Southwestern Bell Telephone Company; Motorola, Inc.; Target Corporation; Sears, Roebuck, & Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; Newegg Inc.; and on behalf of all Track One Plaintiffs*

The filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO ORDERED.**

Dated: ____7/25_____, 2012

_____
Susan Illston, United States District Judge