IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION _____/ | No. M 07-1827 SI<br>MDL. No. 1827 |
| This Order Relates to:<br><br>*AT&T Mobility LLC v. AU Optronics Corp., et al.,* C 09-4997 SI<br><br>*Best Buy Co., Inc. v. AU Optronics Corp., et al.,* C 10-4572 SI<br><br>*Electrograph Systems, Inc. v. Epson Imaging Devices Corp., et al.,* C 10-0117 SI<br><br>*Target Corp. v. AU Optronics Corp., et al.,* C 10-4945 SI<br>_____/ | Case Nos.: C 09-4997 SI; C 10-4572 SI; C 11-0058 SI; C 10-1064 SI; C 10-0117 SI; C 09-5840 SI; C 09-5609 SI; 10-4945 SI<br><br>**ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON DOWNSTREAM PASS-ON** |

Defendants' motion for summary judgment on downstream pass-on is scheduled for a hearing on November 2, 2012. Docket Nos. 6178, 6338. During the course of briefing this motion, certain state law indirect purchaser claims were dismissed either by stipulation or on summary judgment. Defendants' reply, filed on September 14, 2012, addresses plaintiffs' claims under the laws of the following states: California, Illinois, Minnesota, New York, and Michigan. Since that time, the Court is aware that plaintiffs have dismissed additional claims against certain defendants.

Accordingly, the Court directs the parties affected by defendants' motion to file a joint letter no later than October 26, 2012, informing the Court whether the scope of state laws at issue in defendants'

motion has been further narrowed since the filing of defendants' reply.

**IT IS SO ORDERED.**

Dated: October 23, 2012

SUSAN ILLSTON
United States District Judge