Jeffrey H. Howard (*pro hac vice*)
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile: 202-628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94225)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jlevine@crowell.com
       jmurray@crowell.com
       jstokes@crowell.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M-07-1827-SI <br><br> MDL No. 1827 |
| This Document Relates To: <br><br> *ATS Claim LLC v. AU Optronics Corporation, et al.*, No. 3:09-cv-1115 SI <br><br> *Costco Wholesale Corporation v. AU Optronics Corporation, et al.*, No. 3:11-cv-0058 SI <br><br> *Dell Inc. v. AU Optronics Corporation, et al.*, No. 3:10-cv-1064 SI <br><br> *Electrograph Systems, Inc. v. AU Optronics Corporation, et al.*, No. 3:10-cv-0117 SI <br><br> *Motorola Mobility, Inc. v. AU Optronics Corporation, et al.*, No. 3:09-cv-5840 SI <br><br> *Nokia Corp. v. AU Optronics Corporation, et al.*, No. 3:09-cv-5609 SI | CLASS ACTION <br><br> **JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE** <br><br> Hearing Date: November 7, 2012 <br> Time: 2:00 p.m. <br> Courtroom: 10, 19th Floor <br> Judge: Honorable Susan Illston |

1   The Track 1 Direct Action Plaintiffs, including the plaintiffs in the Track 1 cases to be
remanded at the conclusion of pre-trial proceedings, the *Costco*, *Electrograph*, and *Motorola Mobility* cases, and the Defendants in those actions jointly request that the Court hold a Track 1 Case Management Conference on November 7, 2012. The Court previously scheduled a Track 2 Case Management Conference at 2:00 p.m. on that day. The parties request the Court's assistance in connection with some disputes that have arisen over scheduling for the Track 1 matters. For the Court's convenience, the parties will submit a joint Case Management Statement covering both Track 1 and Track 2 matters on Friday, November 2, 2012.

Dated: October 31, 2012           Respectfully submitted,

                                  /s/ Jason C. Murray

                                  Jason C. Murray (CA Bar No. 169806)
                                  Janet I. Levine (CA Bar No. 94225)
                                  Joshua C. Stokes (CA Bar No. 220214)
                                  CROWELL & MORING LLP
                                  515 South Flower St., 40th Floor
                                  Los Angeles, CA 90071
                                  Telephone: 213-622-4750
                                  Facsimile:  213-622-2690
                                  Email: jmurray@crowell.com
                                         jstokes@crowell.com

                                  Jeffrey H. Howard (*pro hac vice*)
                                  Jerome A. Murphy (*pro hac vice*)
                                  CROWELL & MORING LLP
                                  1001 Pennsylvania Avenue, N.W.
                                  Washington, D.C. 20004
                                  Telephone: 202-624-2500
                                  Facsimile: 202-628-5116
                                  Email: jhoward@crowell.com
                                         jmurphy@crowell.com

                                  Kenneth L. Adams (*pro hac vice*)
                                  R. Bruce Holcomb (*pro hac vice*)
                                  Christopher T. Leonardo (*pro hac vice*)
                                  ADAMS HOLCOMB LLP
                                  1875 Eye Street NW
                                  Washington, DC 20006
                                  Telephone: 202-580-8822
                                  Facsimile: 202-580-8821
                                  Email: adams@adamsholcomb.com
                                         holcomb@adamsholcomb.com
                                         leonardo@adamsholcomb.com

                                  *Counsel for Plaintiff Motorola Mobility, Inc., and on behalf of the Track 1 Direct Action Plaintiffs.*

Dated: October 31, 2012

/s/ James L. McGinnis
Gary L. Halling (SBN 66087)
James L. McGinnis (SBN 95788)
Michael W. Scarborough (SBN 203524)
Dylan I. Ballard (SBN 253929)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com
mscarborough@sheppardmullin.com
dballard@sheppardmullin.com

*Counsel for Defendants Samsung SDI America, Inc., and Samsung SDI Co., Ltd., and on behalf of the Track 1 Defendants*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the above listed individuals.

### [PROPOSED] ORDER

For the foregoing reasons and good cause appearing, the Court hereby sets a Case Management Conference at 2:00 p.m. on November 7, 2012 in the above captioned cases. Case Management Conference Statements covering both Track 1 and Track 2 shall be due on Friday, November 2, 2012.

_____
Hon. Susan Y. Illston
United States District Court Judge

DCACTIVE-21515228.1